# United States Court of Appeals
## For the First Circuit

No. 24-1695

MARCOS DA SILVA BORGES; ELIANE MARIA SILVA TEIXEIRA BORGES;
A.S.B.; and D.L.S.B.,

Petitioners,

v.

PAMELA J. BONDI, Attorney General,[*]

Respondent.

**ERRATA SHEET**

The concurring opinion, issued on July 18, 2025, is amended as follows:

On page 13, line 7, replace "Nationalization" with "Nationality".

On page 26, line 5, replace "then" with "than".

---

[*] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Pamela J. Bondi is automatically substituted for former Attorney General Merrick B. Garland as Respondent.